U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:  **United States v. Reinaldo Reyes**, 13 Cr. 357 (WHP)

Dear Judge Pauley:

The Government submits this letter jointly on behalf of the parties to adjourn the VOSR conference scheduled for May 8, 2020, in light of the on-going COVID-19 public health crisis and because Probation has represented that the defendant is fully complying with the conditions of supervision. The Government requests a sixty day adjournment to July 7, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:   /s/ Mitzi Stiener
Mitzi S. Steiner
Assistant United States Attorneys
(212) 637-2284

Application granted. Conference adjourned to July 8, 2020 at 3:30 p.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

May 4, 2020

cc: Michael Gilbert and Shriram Harid
    Counsel to Reinaldo Reyes