**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Application granted.  Conference adjourned to September 10, 2020 at 2:00 p.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

July 2, 2020

Re:   **United States v. Reinaldo Reyes**, 13 Cr. 357 (WHP)

Dear Judge Pauley:

The Government submits this letter jointly on behalf of the parties to adjourn the VOSR conference scheduled for July 8, 2020, in light of the on-going COVID-19 public health crisis and because Probation has represented that the defendant is fully complying with the conditions of supervision.  The Government requests a sixty day adjournment to September 8, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:   /s/
       Mitzi S. Steiner
       Assistant United States Attorney
       (212) 637-2284

cc: Michael Gilbert and Shriram Harid
    Counsel to Reinaldo Reyes