

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2020

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Application granted.  Conference adjourned to November 9, 2020 at 2:30 p.m.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

September 8, 2020

Re:  **United States v. Reinaldo Reyes**, 13 Cr. 357 (WHP)

Dear Judge Pauley:

    The Government submits this letter jointly on behalf of the parties to request an adjournment of the VOSR conference currently scheduled for September 10, 2020, in light of the ongoing COVID-19 public health crisis and because Probation has represented that the defendant is fully complying with the conditions of supervision.  The parties request a sixty day adjournment to November 9, 2020.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

by:  /s/
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

cc: Michael Gilbert and Shriram Harid
    Counsel to Reinaldo Reyes