UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                    :            13 Cr. 357 (WHP)

Reinaldo Reyes,                                       :            ORDER
                           Defendant.         :
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold a teleconference on Thursday December 10, 2020 at 3:30 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: December 3, 2020
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.