UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                              :         13 Cr. 357 (WHP)

Reinaldo Reyes,                                       :         <u>ORDER</u>
                        Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Friday, January 8, 2021 at 2:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: January 7, 2021
       New York, New York

                                              SO ORDERED:

                                              _____
                                              WILLIAM H. PAULEY III
                                                   U.S.D.J.