UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,               :

        -against-                                    :       13 CR 357 (WHP)

Reinaldo Reyes,                                      :       <u>ORDER</u>

                    Defendant.              :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The defendant Reinaldo Reyes, USMS # 83501-083, shall surrender by 9:00 a.m. on January 11, 2021 to the custody of the United States Marshal Service at the U.S. Courthouse at 500 Pearl Street, New York, 10007.

Dated: January 8, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.