…



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**SHRIRAM HARID**

Shriram.Harid@dechert.com
+1 212 649 8744  Direct
+1 212 698 0411  Fax

June 21, 2022



**BY ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Oquendo, et al.*, (13 Cr. 357) (KPF)
        Request to Adjourn Status Conference

Dear Judge Failla:

We write on behalf of Reinaldo Reyes, a defendant in the above-captioned case.  We write to request a two-to-four week adjournment of the status conference presently scheduled for Friday, June 24, 2022 at 10:30 a.m.  Neither the Government nor Probation has any objection to this adjournment request.  The adjournment will afford Mr. Reyes the opportunity to review the Amended Violation Report recently issued by Probation and to discuss his options with counsel.  We respectfully request that, to the extent they occur, any plea and sentencing hearings in this case be scheduled separately.

Respectfully Submitted,

*/s/ Shriram Harid*

Shriram Harid
Dechert LLP
212-649-8744
Shriram.harid@dechert.com

  CC:   AUSA Mitzi Steiner (By ECF)
          United States Probation Officer Lisa Faro

```
Application GRANTED.  The conference in this matter is hereby
ADJOURNED to July 22, 2022, at 12:00 p.m.

The Clerk of Court is directed to terminate the motion at docket
entry 145.
```

SO ORDERED.

Dated:  June 22, 2022
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE