UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 13 Cr. 357-4 (KPF) |
| REINALDO REYES, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for July 22, 2022, at 12:00 p.m. is hereby ADJOURNED to 10:00 a.m. that same day.

SO ORDERED.

Dated: July 18, 2022
      New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge