UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>REINALDO REYES,<br><br>                    Defendant. | 13 Cr. 357-4 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing currently scheduled for August 31, 2022, is hereby ADJOURNED to **September 14, 2022, at 3:30 p.m.**

SO ORDERED.

Dated:  August 24, 2022
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge